**Eleazar VILLEGAS, Plaintiff–Appellant,**

v.

**Thomas MADDOCK; et al., Defendants–Appellees.**

No. 03–15704.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

Eleazar Villegas, pro se, Lancaster, CA, for Plaintiff–Appellant.

Paul D. Gifford, DAG, Sara Turner, Esq., AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Eleazar Villegas, a California state prisoner, appeals pro se the district court's summary judgment in favor of the defendants in his 42 U.S.C. § 1983 action alleging, among other things, that prison officials at Salinas Valley State Prison were deliberately indifferent to his safety by failing to house him with a non-gang member. Villegas also appeals the district court's denial of class certification, and dismissal of claims pursuant to 28 U.S.C. § 1915A. We review de novo. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000) (Section 1915A dismissals); *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam) (summary judgment). We affirm.

The district court properly denied class certification because Villegas, a non-attorney representing himself, cannot represent others. *See Cato v. United States*, 70 F.3d 1103, 1105 n. 1 (9th Cir.1995).

Dismissal of Villegas' claim against High Desert State Prison was proper because Villegas failed to exhaust his administra-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

tive remedies. *See McKinney v. Carey,* 311 F.3d 1198, 1199–1200 (9th Cir.2002) (per curiam).

Dismissal of Villegas' deliberate indifference to medical needs, due process, and retaliation claims was proper pursuant to 28 U.S.C. § 1915A because Villegas failed to state a claim as to these causes of action. *See Shapley v. Nevada Bd. of State Prison Comm'rs,* 766 F.2d 404, 407 (9th Cir.1985) (medical deliberate indifference); *Wolff v. McDonnell,* 418 U.S. 539, 556–57, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974) (due process); *Barnett v. Centoni,* 31 F.3d at 815–16 (retaliation).

Summary judgment on Villegas' deliberate indifference claim naming prison officials of Salinas Valley State Prison was proper because he failed to raise a genuine issue of material fact as to whether these defendants acted with deliberate indifference to his safety. *See Jeffers v. Gomez,* 267 F.3d 895, 914 (9th Cir.2001) (per curiam).

AFFIRMED.

[*] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.